**SEGAL & ASSOCIATES, PC**
John T. Kinn, SBN 130270
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Phone:      (916) 441-0886
Facsimile:  (916) 475-1231
jkinn@segal-pc.com

Attorneys for Defendant
YGM FRANCHISE, LLC

**PERKINS & ASSOCIATES, APC**
Natalia D. Asbill-Bearor, SBN 281860
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Phone:      (916) 446-2000
Facsimile:  (916) 447-6400
nasbill@perkins-lawoffice.com

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No. 2:18-cv-01237-MCE-EFB<br><br>**STIPULATION AND ORDER STAYING ACTION** |

Plaintiffs SERVICE JOY CORPORATION, RAKESH REDDY, and ASHIKA REDDY, through their counsel of record Natalia Asbill-Bearor, Perkins & Associates, A Professional Corporation, and Defendant YGM FRANCHISE, LLC, through its counsel of record John Kinn, Segal & Associates, PC, hereby stipulate to a stay of this action and the tolling of all obligations in this matter for thirty (30) days through August 16, 2018, to allow the parties to explore an informal resolution of their disputes.

**IT IS SO STIPULATED.**

Dated: July 18, 2018  **SEGAL & ASSOCIATES, PC**

/s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: July 18, 2018  **PERKINS & ASSOCIATES, APC**

/s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, this matter is hereby stayed to and including August 6, 2018. If the case does not resolve, the parties are directed to file a Joint Status Report not later than September 7, 2018.

IT IS SO ORDERED.

**Dated: July 19, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE