1  SEGAL & ASSOCIATES, PC
   John T. Kinn, SBN 130270
2  400 Capitol Mall, Suite 2550
   Sacramento, CA  95814
3  Phone:      (916) 441-0886
   Facsimile:  (916) 475-1231
4  jkinn@segal-pc.com

5  Attorneys for Defendant
   YGM FRANCHISE, LLC
6

7  PERKINS & ASSOCIATES, APC
   Natalia D. Asbill-Bearor, SBN 281860
8  300 Capitol Mall, Suite 1800
   Sacramento, CA  95814
9  Phone:      (916) 446-2000
   Facsimile:  (916) 447-6400
10 nasbill@perkins-lawoffice.com

11 Attorneys for Plaintiffs
   SERVICE JOY CORPORATION,
12 RAKESH REDDY, ASHIKA REDDY

13

14                UNITED STATES DISTRICT COURT

15        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

16

17 SERVICE JOY COPRORATION;                ) Case No. 2:18-cv-01237-MCE-EFB
18 RAKESH REDDY, an individual, and        )
   ASHIKA REDDY, an individual,            )
19                                         ) **JOINT STATUS REPORT,**
            Plaintiffs,                    ) **STIPULATION, AND ORDER**
20                                         ) **STAYING ACTION**
        v.                                 )
21                                         )
   YGM FRANCHISE, LLC, a South             )
22 Carolina Limited Liability Company;     )
   and DOES 1 through 25, inclusive,       )
23                                         )
            Defendants.                    )
24

25      Pursuant to the Court's Minute Orders, filed July 20 and 24, 2018, the

26 Court stayed this action to permit the parties to explore an informal resolution of

27 their disputes and, if the case did not resolve, directed the parties to file a joint

28 status report by this date. Docket Nos. 12 & 13.

Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, through their counsel Natalia Asbill-Bearor, Perkins & Associates, A Professional Corporation, and Defendant YGM Franchise, LLC, through its counsel John Kinn, Segal & Associates, PC, despite document disclosures and discussions, have not been able to complete their document reviews and investigation necessary to achieve a settlement. Therefore, the parties hereby submit this Joint Status Report, Stipulation and Proposed Order to stay this action and toll all obligations in this matter for an additional sixty (60) days through October 15, 2018.

Respectfully submitted,

Dated: September 7, 2018  **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: September 7, 2018  **PERKINS & ASSOCIATES, APC**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

In accordance with the foregoing stipulation, and good cause appearing, this matter is hereby stayed to and including October 15, 2018. If the case does not resolve, the parties are directed to file a Joint Status Report not later than November 9, 2018.

**IT IS SO ORDERED.**

Dated: September 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE