| | |
|---|---|
| 1 | **SEGAL & ASSOCIATES, PC** |
| | John T. Kinn, SBN 130270 |
| 2 | 400 Capitol Mall, Suite 2550 |
| | Sacramento, CA  95814 |
| 3 | Phone:       (916) 441-0886 |
| | Facsimile:  (916) 475-1231 |
| 4 | jkinn@segal-pc.com |
| 5 | Attorneys for Defendant |
| | YGM FRANCHISE, LLC |
| 6 | |
| 7 | **PERKINS & ASSOCIATES, APC** |
| | Natalia D. Asbill-Bearor, SBN 281860 |
| 8 | 300 Capitol Mall, Suite 1800 |
| | Sacramento, CA  95814 |
| 9 | Phone:       (916) 446-2000 |
| | Facsimile:  (916) 447-6400 |
| 10 | nasbill@perkins-lawoffice.com |
| 11 | Attorneys for Plaintiffs |
| | SERVICE JOY CORPORATION, |
| 12 | RAKESH REDDY, ASHIKA REDDY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01237-MCE-EFB<br><br>**JOINT STATUS REPORT, STIPULATION, AND ORDER STAYING ACTION** |

　　　Pursuant to its Order, filed September 17, 2018, the Court stayed this action to permit the parties to continue their exploration of an informal resolution to their disputes and, if the case did not resolve, directed the parties to file a joint status report not later than this date. Docket No. 15.

Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, through their counsel Natalia Asbill-Bearor, Perkins & Associates, A Professional Corporation, and Defendant YGM Franchise, LLC, through its counsel John Kinn, Segal & Associates, PC, have continued document disclosures and discussions, but have not been able to complete their document reviews and investigation necessary to achieve a settlement. To complete this process, the parties hereby submit this Joint Status Report, Stipulation and Proposed Order to stay this action and toll all obligations in this matter for an additional sixty (60) days through December 14, 2018.

Respectfully submitted,

Dated: November 9, 2018 **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: November 9, 2018 **PERKINS & ASSOCIATES, APC**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, this matter is hereby stayed to and including December 14, 2018. If the case does not resolve, the parties are directed to file a Joint Status Report not later than January 11, 2019.

Since the requested stays of this matter have now extended from July 20, 2018 to December 14, 2018, a period of nearly five months, with three different stay requests being approved by the Court, Defendant's Motion to Transfer and Stay Action filed on May 22, 2018 (ECF No. 4) is hereby DENIED without prejudice to renewing the Motion should the current settlement efforts prove ineffective.

IT IS SO ORDERED.

Dated: November 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-
Joint Status Report, Stipulation, and Order Staying Action