**SEGAL & ASSOCIATES, PC**
John T. Kinn, SBN 130270
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Phone:      (916) 441-0886
Facsimile:  (916) 475-1231
jkinn@segal-pc.com

Attorneys for Defendant
YGM FRANCHISE, LLC

**PERKINS & ASSOCIATES, APC**
Natalia D. Asbill-Bearor, SBN 281860
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
Phone:      (916) 446-2000
Facsimile:  (916) 447-6400
nasbill@perkins-lawoffice.com

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01237-MCE-EFB<br><br>**JOINT STATUS REPORT, STIPULATION, AND ORDER EXTENDING STAY OF ACTION** |

Pursuant to its Order, filed November 13, 2018, the Court stayed this

action to permit the parties to continue their exploration of an informal resolution

to their disputes and, if the case did not resolve, directed the parties to file a joint status report not later than this date. Docket No. 17.

Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, through their counsel Natalia Asbill-Bearor, Perkins & Associates, A Professional Corporation, and Defendant YGM Franchise, LLC, through its counsel John Kinn, Segal & Associates, PC, have continued significant settlement negotiations and are confident discussions will conclude in the next month. Plaintiffs and their businesses are located in the State of Washington and Sacramento, California, and Defendant is located in South Carolina. The parties respectfully submit this Joint Status Report and request the Court stay this action and toll all obligations through February 2019 to allow the parties to conclude their negotiations.

Respectfully submitted,

Dated: January 11, 2019  **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: January 11, 2019  **PERKINS & ASSOCIATES, APC**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

### ORDER

In accordance with the foregoing stipulation, and good cause appearing, the stay in this action ic hereby continued to and including February 28, 2019. If

the case does not resolve, the parties are directed to file a further Joint Status Report not later than March 1, 2019.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE