**SEGAL & ASSOCIATES, PC**
John T. Kinn, SBN 130270
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Phone: (916) 441-0886
Facsimile: (916) 475-1231
jkinn@segal-pc.com

Attorneys for Defendant
YGM FRANCHISE, LLC

**PERKINS & ASSOCIATES, APC**
Natalia D. Asbill-Bearor, SBN 281860
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Phone: (916) 446-2000
Facsimile: (916) 447-6400
nasbill@perkins-lawoffice.com

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01237-MCE-EFB<br><br>**JOINT STATUS REPORT** |

    Pursuant to its Order, filed January 18, 2019, the Court stayed this action to permit the parties to continue their exploration of an informal resolution to their disputes in multiple states and, if this case did not resolve, directed the parties to file a joint status report not later than today's date. Docket No. 19.

Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, through their counsel Natalia Asbill-Bearor, Perkins & Associates, A Professional Corporation, and Defendant YGM Franchise, LLC, through its counsel John Kinn, Segal & Associates, PC, have continued significant settlement negotiations but have not concluded these discussions. Given their work and travel schedules, counsel anticipate settlement efforts will conclude within the next sixty days. Plaintiffs and their franchised businesses are located in the State of Washington and Sacramento, California, while Defendant franchisor is located in the State of South Carolina. The parties respectfully submit this Joint Status Report and request the Court stay this action and toll all obligations through April 2019 to allow the parties to conclude efforts to resolve their disputes, including this case.

Respectfully submitted,

Dated: March 1, 2019  **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: March 1, 2019  **PERKINS & ASSOCIATES, APC**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the stay in this action is hereby continued to and including April 30, 2019. If the case does not resolve, the parties are directed to file a further Joint Status Report not later than May 1, 2019.

IT IS SO ORDERED.

Dated: March 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-
Joint Status Report