1  **SEGAL & ASSOCIATES, PC**
   John T. Kinn, SBN 130270
2  400 Capitol Mall, Suite 2550
   Sacramento, CA  95814
3  Phone:     (916) 441-0886
   Facsimile: (916) 475-1231
4  jkinn@segal-pc.com

5  Attorneys for Defendant
   YGM FRANCHISE, LLC
6

7  **PERKINS ASBILL**
   Natalia D. Asbill-Bearor, SBN 281860
8  300 Capitol Mall, Suite 1800
   Sacramento, CA  95814
9  Phone:     (916) 446-2000
   Facsimile: (916) 447-6400
10 nasbill@perkinsasbill.com

11 Attorneys for Plaintiffs
   SERVICE JOY CORPORATION,
12 RAKESH REDDY, ASHIKA REDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01237-MCE-EFB<br><br>**JOINT STATUS REPORT; ORDER THEREON** |

Pursuant to its Order, filed March 5, 2019, the Court stayed this action to permit the parties to continue their exploration of an informal resolution to their disputes in multiple states and, if this case did not resolve, directed the parties to file a joint status report not later than today's date. Docket No. 21.

Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, through their counsel Natalia Asbill-Bearor, Perkins Asbill, and Defendant YGM Franchise, LLC, through its counsel John Kinn, Segal & Associates, PC, have continued significant settlement negotiations, and the parties have reached an agreement in principle.  Counsel anticipate resolving the details of a written settlement agreement and submitting a voluntary dismissal to the Court within the next sixty days.  Plaintiffs and their franchised businesses subject to the settlement are located in the State of Washington and Sacramento, California, while Defendant franchisor is located in the State of South Carolina.  The parties respectfully submit this Joint Status Report and request the Court stay this action and toll all obligations through June 27, 2019, to allow the parties to negotiate a written settlement agreement and to present a request for dismissal.

Respectfully submitted,

Dated: May 1, 2019  **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: May 1, 2019  **PERKINS ASBILL**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the stay in this action is hereby continued to and including June 27, 2019. If the parties have not executed a settlement agreement and presented the Court with

a request for dismissal, then the parties are directed to file a further Joint Status Report not later than June 28, 2019.

**IT IS SO ORDERED.**

**Dated: May 13, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE