**PERKINS ASBILL**
Natalia D. Asbill-Bearor, SBN 281860
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Phone: (916) 446-2000
Facsimile: (916) 447-6400
nasbill@perkinsasbill.com

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

**SEGAL & ASSOCIATES, PC**
John T. Kinn, SBN 130270
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Phone: (916) 441-0886
Facsimile: (916) 475-1231
jkinn@segal-pc.com

Attorneys for Defendant
YGM FRANCHISE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01237-MCE-EFB<br><br>**JOINT STATUS REPORT; ORDER THEREON** |

Pursuant to its Minute Order, dated July 26, 2019, the Court has continued its stay of this action to permit the parties time to negotiate an informal resolution to their disputes in multiple states and, if these negotiations did not result in a dismissal, directed the parties to file a further joint status report. Docket No. 28.

-1-
Joint Status Report

On October 25, 2019, Plaintiffs Service Joy Corporation, Rakesh Reddy, and Ashika Reddy, and Service Joy, LLC, through their counsel Perkins Asbill, and Defendant YGM Franchise, LLC, through its South Carolina counsel, participated in a mediation in Charleston, South Carolina and reached a settlement. The parties have executed a Settlement Agreement and a Release Agreement calling for, among other things, the voluntary dismissal of this case. The Agreement and Release are being held in trust until a few conditions precedent are satisfied by December 2, 2019. Plaintiffs and their franchised businesses subject to the settlement are located in the State of Washington and Sacramento, California, while Defendant franchisor is located in the State of South Carolina.

The parties submit this Joint Status Report and report that they anticipate a request for dismissal will be presented to the Court by December 9, 2019.

Respectfully submitted,

Dated: November 4, 2019  **PERKINS ASBILL**

 /s/ Natalia D. Asbill-Bearor
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY,
SERVICE JOY

Dated: November 4, 2019  **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

**ORDER**

In accordance with the foregoing joint report, and good cause appearing, the stay in this action is hereby continued to and including December 31, 2019. If the parties have not presented the Court with a request for dismissal by that date, then the parties are directed to file a further Joint Status Report not later than January 10, 2020.

**IT IS SO ORDERED.**

**DATED: November 13, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE