1  **SEGAL & ASSOCIATES, PC**
   John T. Kinn, SBN 130270
2  400 Capitol Mall, Suite 2550
   Sacramento, CA  95814
3  Phone:     (916) 441-0886
   Facsimile: (916) 475-1231
4  jkinn@segal-pc.com

5  Attorneys for Defendant
   YGM FRANCHISE, LLC
6

7  **PERKINS ASBILL**
   Natalia D. Asbill-Bearor, SBN 281860
8  300 Capitol Mall, Suite 1800
   Sacramento, CA  95814
9  Phone:     (916) 446-2000
   Facsimile: (916) 447-6400
10 nasbill@perkinsasbill.com

11 Attorneys for Plaintiffs
   SERVICE JOY CORPORATION,
12 RAKESH REDDY, ASHIKA REDDY

13

14                   UNITED STATES DISTRICT COURT

15          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

16

| 17 | SERVICE JOY COPRORATION; RAKESH REDDY, an individual, and ASHIKA REDDY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>YGM FRANCHISE, LLC, a South Carolina Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-CV-01237-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
|---|---|---|

25

26     The parties to this action, acting through counsel, and pursuant to Federal

27 Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with

28

-1-
Stipulation and Order Dismissing Action

Prejudice of this entire action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: December 9, 2019     **SEGAL & ASSOCIATES, PC**

 /s/ John T. Kinn_____
JOHN T. KINN

Attorneys for Defendant
YGM FRANCHISE, LLC

Dated: December 9, 2019     **PERKINS ASBILL**

 /s/ Natalia D. Asbill-Bearor_____
NATALIA D. ASBILL-BEAROR

Attorneys for Plaintiffs
SERVICE JOY CORPORATION,
RAKESH REDDY, ASHIKA REDDY

IT IS HEREBY ORDERED that the stipulation is approved, and the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE